IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL M. POLAND                                                          PLAINTIFF

vs.                               Civil No. 6:12-cv-06137

CAPTAIN RONNIE BRAINSETTER,
Jail Administrator, Garland County
Detention Center                                                           DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed January 24th, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23). Judge Bryant recommends that the above-styled case be dismissed for failure to state a claim under section 1983. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of February, 2014.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District